United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 27, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

-------------------------------------------------------- x

In re:                                                                      :

FAT Brands Inc.,                                                   :          Chapter 11

        Debtor.                                                :

                                :          Case No. 26-90126 (ARP)

Tax I.D. No. (82-1302696)                                :

-------------------------------------------------------- x

In re:                                                                      :

AFB Dissolution LLC,                                          :          Chapter 11

        Debtor.                                                :

                                :          Case No. 26-90134 (ARP)

Tax I.D. No. (N/A)                                             :

-------------------------------------------------------- x

In re:                                                                      :

Barbeque Integrated, Inc.,                                 :          Chapter 11

        Debtor.                                                :

                                :          Case No. 26-90144 (ARP)

Tax I.D. No. (26-1305332)                                :

-------------------------------------------------------- x

In re:                                                                      :

BC Canyon LLC,                                               :          Chapter 11

        Debtor.                                                :

                                :          Case No. 26-90149 (ARP)

Tax I.D. No. (46-5547406)                                :

---------------------------------------------------------    x

In re:                                                        :

Bonanza Restaurant Company LLC,                               :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 26-90155 (ARP)
                                                              :
Tax I.D. No. (75-2558180)                                     :

---------------------------------------------------------    x

In re:                                                        :

Buffalo's Franchise Concepts Inc.,                            :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 26-90161 (ARP)
                                                              :
Tax I.D. No. (58-1867374)                                     :

---------------------------------------------------------    x

In re:                                                        :

EB Franchises, LLC,                                           :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 26-90170 (ARP)
                                                              :
Tax I.D. No. (84-2125672)                                     :

---------------------------------------------------------    x

In re:                                                        :

FAT Brands Fazoli's Native I, LLC,                            :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 26-90177 (ARP)
                                                              :
Tax I.D. No. (87-3518108)                                     :

---------------------------------------------------------    x

In re:                                                        :

FAT Brands GFG Royalty I, LLC,                                :     Chapter 11
                                                              :
                    Debtor.                                   :     Case No. 26-90187 (ARP)
                                                              :
Tax I.D. No. (87-1146895)                                     :

2

------------------------------------------------------- x

In re:                                                  :

FAT Brands Management, LLC,                             :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90194 (ARP)

Tax I.D. No. (83-2443246)                               :

------------------------------------------------------- x

In re:                                                  :

FAT Brands Royalty I, LLC,                              :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90207 (ARP)

Tax I.D. No. (84-3890924)                               :

------------------------------------------------------- x

In re:                                                  :

FAT GFG Notes I, LLC,                                   :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90214 (ARP)

Tax I.D. No. (33-1715597)                               :

------------------------------------------------------- x

In re:                                                  :

FAT Royalty Notes I LLC,                                :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90221 (ARP)

Tax I.D. No. (33-4202844)                               :

------------------------------------------------------- x

In re:                                                  :

FAT Virtual Restaurants LLC,                            :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90228 (ARP)

Tax I.D. No. (85-3553952)                               :

3

| -------------------------------------------------- x | | |
|---|---|---|
| In re: | : | |
| Fatburger North America, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90238 (ARP) |
| Tax I.D. No. (95-4263539) | : | |
| -------------------------------------------------- x | | |
| In re: | : | |
| Fazoli's Franchising Systems Canada, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90275 (ARP) |
| Tax I.D. No. (93-3650313) | : | |
| -------------------------------------------------- x | | |
| In re: | : | |
| Fazoli's Franchising Systems, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90278 (ARP) |
| Tax I.D. No. (20-5654155) | : | |
| -------------------------------------------------- x | | |
| In re: | : | |
| Fazoli's Group, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90284 (ARP) |
| Tax I.D. No. (20-5593089) | : | |
| -------------------------------------------------- x | | |
| In re: | : | |
| Fazoli's Holdings, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90287 (ARP) |
| Tax I.D. No. (47-4404589) | : | |

-------------------------------------------------------  x

In re:                                                   :

Fazoli's Joint Venture, Ltd.,                            :        Chapter 11
                                                         :
          Debtor.                                        :        Case No. 26-90290 (ARP)

Tax I.D. No. (61-1236125)                                :

-------------------------------------------------------  x

In re:                                                   :

Fazoli's Promotions, Inc.,                               :        Chapter 11
                                                         :
          Debtor.                                        :        Case No. 26-90293 (ARP)

Tax I.D. No. (85-3210503)                                :

-------------------------------------------------------  x

In re:                                                   :

Fazoli's Restaurant Group, Inc.,                         :        Chapter 11
                                                         :
          Debtor.                                        :        Case No. 26-90294 (ARP)

Tax I.D. No. (20-5593113)                                :

-------------------------------------------------------  x

In re:                                                   :

Fazoli's Systems Management, LLC,                        :        Chapter 11
                                                         :
          Debtor.                                        :        Case No. 26-90281 (ARP)

Tax I.D. No. (20-5654043)                                :

-------------------------------------------------------  x

In re:                                                   :

FB Resid Holdings I, LLC,                                :        Chapter 11
                                                         :
          Debtor.                                        :        Case No. 26-90285 (ARP)

Tax I.D. No. (93-2071074)                                :

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | |
| FB SAMO Sepulveda, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90132 (ARP) |
| Tax I.D. No. (39-2497830) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Fog Cap Acceptance Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90129 (ARP) |
| Tax I.D. No. (20-1067376) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Fog Cap Development LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90131 (ARP) |
| Tax I.D. No. (54-2117394) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Fog Cutter Acquisition LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90137 (ARP) |
| Tax I.D. No. (52-2081138) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| GAC Brand and Marketing Fund, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90142 (ARP) |
| Tax I.D. No. (26-1716292) | : | |

6

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| In re: | : | |
| GAC Corporate Holdings, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90147 (ARP) |
| Tax I.D. No. (32-0384384) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| GAC Franchise Brands, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90151 (ARP) |
| Tax I.D. No. (26-1716514) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| GAC Franchising, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90157 (ARP) |
| Tax I.D. No. (26-1716152) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| GAC Manufacturing, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90163 (ARP) |
| Tax I.D. No. (26-1716387) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| GAC Supply, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90167 (ARP) |
| Tax I.D. No. (26-1716337) | : | |

```
-------------------------------------------------  x
In re:                                             :
GFG Holding, Inc.,                                 :   Chapter 11
                                                   :
            Debtor.                                :   Case No. 26-90171 (ARP)
Tax I.D. No. (27-3005957)                          :
-------------------------------------------------  x
In re:                                             :
GFG Intermediate Holding, Inc.,                    :   Chapter 11
                                                   :
            Debtor.                                :   Case No. 26-90174 (ARP)
Tax I.D. No. (47-2523148)                          :
-------------------------------------------------  x
In re:                                             :
GFG Management LLC,                                :   Chapter 11
                                                   :
            Debtor.                                :   Case No. 26-90179 (ARP)
Tax I.D. No. (27-2961755)                          :
-------------------------------------------------  x
In re:                                             :
Global Franchise Group, LLC,                       :   Chapter 11
                                                   :
            Debtor.                                :   Case No. 26-90184 (ARP)
Tax I.D. No. (27-2563553)                          :
-------------------------------------------------  x
In re:                                             :
GMR of Pennsylvania-SB Properties, LLC,            :   Chapter 11
                                                   :
            Debtor.                                :   Case No. 26-90193 (ARP)
Tax I.D. No. (N/A)                                 :
```

8

```
-------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
HDOS Acquisition, LLC,                              :
                                                    :
          Debtor.                                   :   Case No. 26-90200 (ARP)
Tax I.D. No. (47-1539114)                           :
-------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
HDOS Brand and Marketing Fund, LLC,                 :
                                                    :
          Debtor.                                   :   Case No. 26-90206 (ARP)
Tax I.D. No. (47-1596556)                           :
-------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
HDOS Franchise Brands, LLC,                         :
                                                    :
          Debtor.                                   :   Case No. 26-90213 (ARP)
Tax I.D. No. (38-3936757)                           :
-------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
HDOS Franchising, LLC,                              :
                                                    :
          Debtor.                                   :   Case No. 26-90217 (ARP)
Tax I.D. No. (61-1743125)                           :
-------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
HDOS Showcase, LLC,                                 :
                                                    :
          Debtor.                                   :   Case No. 26-90223 (ARP)
Tax I.D. No. (N/A)                                  :
```

9

```
-------------------------------------------------------   x
In re:                                                    :
Homestyle Dining LLC,                                     :      Chapter 11
                                                          :
         Debtor.                                          :      Case No. 26-90229 (ARP)
Tax I.D. No. (31-1365822)                                 :
-------------------------------------------------------   x
In re:                                                    :
Hurricane AMT, LLC,                                       :      Chapter 11
                                                          :
         Debtor.                                          :      Case No. 26-90235 (ARP)
Tax I.D. No. (26-3886825)                                 :
-------------------------------------------------------   x
In re:                                                    :
Integrated Card Solutions, LLC,                           :      Chapter 11
                                                          :
         Debtor.                                          :      Case No. 26-90240 (ARP)
Tax I.D. No. (46-4096595)                                 :
-------------------------------------------------------   x
In re:                                                    :
Johnny Rockets Holding Company,                           :      Chapter 11
                                                          :
         Debtor.                                          :      Case No. 26-90244 (ARP)
Tax I.D. No. (90-0989614)                                 :
-------------------------------------------------------   x
In re:                                                    :
Johnny Rockets Licensing Canada, LLC,                     :      Chapter 11
                                                          :
         Debtor.                                          :      Case No. 26-90247 (ARP)
Tax I.D. No. (30-0878905)                                 :
```

10

------------------------------------------------------- x

In re:                                                  :

Johnny Rockets Licensing, LLC,                          :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90250 (ARP)
                                                        :
Tax I.D. No. (95-4083968)                               :

------------------------------------------------------- x

In re:                                                  :

LS GFG Holdings Inc.,                                   :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90255 (ARP)
                                                        :
Tax I.D. No. (83-2298236)                               :

------------------------------------------------------- x

In re:                                                  :

MaggieMoo's Brand and Marketing Fund, LLC,              :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90270 (ARP)
                                                        :
Tax I.D. No. (13-4358196)                               :

------------------------------------------------------- x

In re:                                                  :

MaggieMoo's Franchise Brands, LLC,                      :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-30473 (ARP)
                                                        :
Tax I.D. No. (52-2004951)                               :

------------------------------------------------------- x

In re:                                                  :

MaggieMoo's Franchising, LLC,                           :        Chapter 11
                                                        :
              Debtor.                                   :        Case No. 26-90136 (ARP)
                                                        :
Tax I.D. No. (32-0198662)                               :

11

---------------------------------------------------------- x

In re:                                                    :

Marble Slab Brand and Marketing Fund LLC,                 :     Chapter 11
                                                          :
          Debtor.                                         :     Case No. 26-90141 (ARP)
                                                          :
Tax I.D. No. (13-4358198)                                 :

---------------------------------------------------------- x

In re:                                                    :

Marble Slab Franchise Brands, LLC,                        :     Chapter 11
                                                          :
          Debtor.                                         :     Case No. 26-90145 (ARP)
                                                          :
Tax I.D. No. (59-3838568)                                 :

---------------------------------------------------------- x

In re:                                                    :

Marble Slab Franchising, LLC,                             :     Chapter 11
                                                          :
          Debtor.                                         :     Case No. 26-90150 (ARP)
                                                          :
Tax I.D. No. (35-2294024)                                 :

---------------------------------------------------------- x

In re:                                                    :

Mini Bake By Great American Cookies, LLC,                 :     Chapter 11
                                                          :
          Debtor.                                         :     Case No. 26-90156 (ARP)
                                                          :
Tax I.D. No. (32-0834280)                                 :

---------------------------------------------------------- x

In re:                                                    :

Mini-Bake by GAC LLC,                                     :     Chapter 11
                                                          :
          Debtor.                                         :     Case No. 26-90162 (ARP)
                                                          :
Tax I.D. No. (N/A)                                        :

----------------------------------------------------- x

In re:                                                :

MSC Corporate Holdings, LLC,                          :     Chapter 11
                                                      :
                    Debtor.                           :     Case No. 26-90168 (ARP)
                                                      :
Tax I.D. No. (46-0835018)                             :

----------------------------------------------------- x

In re:                                                :

Native Grill and Wings Franchising, LLC,              :     Chapter 11
                                                      :
                    Debtor.                           :     Case No. 26-90176 (ARP)
                                                      :
Tax I.D. No. (47-5006664)                             :

----------------------------------------------------- x

In re:                                                :

PM Brand and Marketing Fund, LLC,                     :     Chapter 11
                                                      :
                    Debtor.                           :     Case No. 26-90181 (ARP)
                                                      :
Tax I.D. No. (77-0694365)                             :

----------------------------------------------------- x

In re:                                                :

PM Corporate Holdings, LLC,                           :     Chapter 11
                                                      :
                    Debtor.                           :     Case No. 26-90186 (ARP)
                                                      :
Tax I.D. No. (46-0766705)                             :

----------------------------------------------------- x

In re:                                                :

PM Franchise Brands, LLC,                             :     Chapter 11
                                                      :
                    Debtor.                           :     Case No. 26-90192 (ARP)
                                                      :
Tax I.D. No. (77-0694362)                             :

13

----------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| PM Franchising, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90198 (ARP) |
| Tax I.D. No. (77-0694361) | : | |

----------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| Ponderosa Franchising Company LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90204 (ARP) |
| Tax I.D. No. (75-2558184) | : | |

----------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| Ponderosa International Development, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90210 (ARP) |
| Tax I.D. No. (31-1043916) | : | |

----------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| PT Brand and Marketing Fund, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90220 (ARP) |
| Tax I.D. No. (77-0694368) | : | |

----------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| PT Franchise Brands, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90227 (ARP) |
| Tax I.D. No. (77-0694367) | : | |

```
-------------------------------------------------    x
In re:                                               :
                                                     :    Chapter 11
PT Franchising, LLC,                                 :
                                                     :
             Debtor.                                 :    Case No. 26-90234 (ARP)
                                                     :
Tax I.D. No. (77-0694366)                            :
-------------------------------------------------    x
In re:                                               :
                                                     :    Chapter 11
Puerto Rico Ponderosa Inc.,                          :
                                                     :
             Debtor.                                 :    Case No. 26-90239 (ARP)
                                                     :
Tax I.D. No. (31-1158438)                            :
-------------------------------------------------    x
In re:                                               :
                                                     :    Chapter 11
Round Table Advertising Fund (C Corp),               :
                                                     :
             Debtor.                                 :    Case No. 26-90245 (ARP)
                                                     :
Tax I.D. No. (94-2682432)                            :
-------------------------------------------------    x
In re:                                               :
                                                     :    Chapter 11
Round Table Advertising LLC,                         :
                                                     :
             Debtor.                                 :    Case No. 26-90249 (ARP)
                                                     :
Tax I.D. No. (N/A)                                   :
-------------------------------------------------    x
In re:                                               :
                                                     :    Chapter 11
Round Table Development Company,                      :
                                                     :
             Debtor.                                 :    Case No. 26-90254 (ARP)
                                                     :
Tax I.D. No. (94-3119503)                            :
```

-------------------------------------------------------- x

In re:           :

Round Table Franchise Corporation,   :   Chapter 11

              :

          Debtor.   :   Case No. 26-90258 (ARP)

Tax I.D. No. (94-2545455)   :

-------------------------------------------------------- x

In re:           :

Round Table Pizza Nevada, LLC,   :   Chapter 11

              :

          Debtor.   :   Case No. 26-90262 (ARP)

Tax I.D. No. (88-0348180)   :

-------------------------------------------------------- x

In re:           :

Round Table Pizza, Inc.,   :   Chapter 11

              :

          Debtor.   :   Case No. 26-90266 (ARP)

Tax I.D. No. (94-2601302)   :

-------------------------------------------------------- x

In re:           :

Seeds of Compassion Fund, Inc.,   :   Chapter 11

              :

          Debtor.   :   Case No. 26-90139 (ARP)

Tax I.D. No. (61-1328865)   :

-------------------------------------------------------- x

In re:           :

Smokey Bones (Florida), LLC,   :   Chapter 11

              :

          Debtor.   :   Case No. 26-90146 (ARP)

Tax I.D. No. (26-0385178)   :

16

---------------------------------------------------------  x

In re:                                                  :

The Johnny Rockets Group, Inc.,                        :       Chapter 11
                                                        :
                          Debtor.                       :       Case No. 26-90153 (ARP)
                                                        :
Tax I.D. No. (95-4549800)                               :

---------------------------------------------------------  x

In re:                                                  :

TP Franchise Austin, LLC,                              :       Chapter 11
                                                        :
                          Debtor.                       :       Case No. 26-90160 (ARP)
                                                        :
Tax I.D. No. (26-0494754)                               :

---------------------------------------------------------  x

In re:                                                  :

TP Franchise Round Rock, LLC,                          :       Chapter 11
                                                        :
                          Debtor.                       :       Case No. 26-90166 (ARP)
                                                        :
Tax I.D. No. (26-1612105)                               :

---------------------------------------------------------  x

In re:                                                  :

TP Franchise Venture I, LLC,                           :       Chapter 11
                                                        :
                          Debtor.                       :       Case No. 26-90175 (ARP)
                                                        :
Tax I.D. No. (26-0494734)                               :

---------------------------------------------------------  x

In re:                                                  :

TP GA, LLC,                                            :       Chapter 11
                                                        :
                          Debtor.                       :       Case No. 26-90183 (ARP)
                                                        :
Tax I.D. No. (87-3186810)                               :

17

```
------------------------------------------------------   x
In re:                                                    :
TP Texas Beverage Services, LLC,                          :    Chapter 11
                                                          :
            Debtor.                                       :    Case No. 26-90190 (ARP)
Tax I.D. No. (26-1377725)                                 :
------------------------------------------------------   x
In re:                                                    :
TP Texas Beverages, LLC,                                  :    Chapter 11
                                                          :
            Debtor.                                       :    Case No. 26-90199 (ARP)
Tax I.D. No. (20-1377760)                                 :
------------------------------------------------------   x
In re:                                                    :
TP Texas Restaurant Services, LLC,                        :    Chapter 11
                                                          :
            Debtor.                                       :    Case No. 26-90205 (ARP)
Tax I.D. No. (26-1377685)                                 :
------------------------------------------------------   x
In re:                                                    :
TPJV2, LLC,                                               :    Chapter 11
                                                          :
            Debtor.                                       :    Case No. 26-90212 (ARP)
Tax I.D. No. (87-1324020)                                 :
------------------------------------------------------   x
In re:                                                    :
Twin Hospitality Group Inc.,                              :    Chapter 11
                                                          :
            Debtor.                                       :    Case No. 26-90127 (ARP)
Tax I.D. No. (99-1232362)                                 :
```

```
--------------------------------------------------   x
In re:                                               :
                                                     :     Chapter 11
Twin Hospitality I, LLC,                              :
                                                     :
              Debtor.                                :     Case No. 26-90219 (ARP)
                                                     :
Tax I.D. No. (87-2524911)                            :
--------------------------------------------------   x
In re:                                               :
                                                     :     Chapter 11
Twin Peaks Buyer, LLC,                               :
                                                     :
              Debtor.                                :     Case No. 26-90225 (ARP)
                                                     :
Tax I.D. No. (83-3965454)                            :
--------------------------------------------------   x
In re:                                               :
                                                     :     Chapter 11
Twin Restaurant Amarillo Beverage Holding,           :
LLC,                                                 :
                                                     :
              Debtor.                                :     Case No. 26-90231 (ARP)
                                                     :
Tax I.D. No. (86-3843457)                            :
--------------------------------------------------   x
In re:                                               :
                                                     :     Chapter 11
Twin Restaurant Amarillo Management, LLC,            :
                                                     :
              Debtor.                                :     Case No. 26-90236 (ARP)
                                                     :
Tax I.D. No. (86-3864539)                            :
--------------------------------------------------   x
In re:                                               :
                                                     :     Chapter 11
Twin Restaurant Amarillo, LLC,                       :
                                                     :
              Debtor.                                :     Case No. 26-90242 (ARP)
                                                     :
Tax I.D. No. (86-3805784)                            :
```

19

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Beverage – Texas, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90253 (ARP) |
| Tax I.D. No. (26-0623414) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Beverage Holding, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90257 (ARP) |
| Tax I.D. No. (N/A) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Brandon, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90260 (ARP) |
| Tax I.D. No. (99-2428437) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Broomfield, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90264 (ARP) |
| Tax I.D. No. (35-2425828) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Burleson Beverage Holding, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90267 (ARP) |
| Tax I.D. No. (86-2190719) | : | |

------------------------------------------------------- x

In re:                                                  :

Twin Restaurant Burleson Management, LLC,               :        Chapter 11
                                                        :
          Debtor.                                       :        Case No. 26-90268 (ARP)

Tax I.D. No. (86-2024943)                               :

------------------------------------------------------- x

In re:                                                  :

Twin Restaurant Burleson, LLC,                          :        Chapter 11
                                                        :
          Debtor.                                       :        Case No. 26-90271 (ARP)

Tax I.D. No. (86-1971024)                               :

------------------------------------------------------- x

In re:                                                  :

Twin Restaurant Centennial, LLC,                        :        Chapter 11
                                                        :
          Debtor.                                       :        Case No. 26-90274 (ARP)

Tax I.D. No. (80-0842894)                               :

------------------------------------------------------- x

In re:                                                  :

Twin Restaurant Chesapeake, LLC,                        :        Chapter 11
                                                        :
          Debtor.                                       :        Case No. 26-90279 (ARP)

Tax I.D. No. (33-1977500)                               :

------------------------------------------------------- x

In re:                                                  :

Twin Restaurant Citrus Park, LLC,                       :        Chapter 11
                                                        :
          Debtor.                                       :        Case No. 26-90128 (ARP)

Tax I.D. No. (33-1869273)                               :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Denver, LLC,                                :     Chapter 11
                                                            :
            Debtor.                                         :     Case No. 26-90130 (ARP)
                                                            :
Tax I.D. No. (45-3279131)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Denver, LLC,                                :     Chapter 11
                                                            :
            Debtor.                                         :     Case No. 26-90135 (ARP)
                                                            :
Tax I.D. No. (45-3279227)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Development, LLC,                           :     Chapter 11
                                                            :
            Debtor.                                         :     Case No. 26-90125 (ARP)
                                                            :
Tax I.D. No. (27-5499338)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant El Paso Beverage Holding,                   :     Chapter 11
LLC,                                                        :
                                                            :     Case No. 26-90269 (ARP)
            Debtor.                                         :
                                                            :
Tax I.D. No. (46-2903845)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant El Paso, LLC,                               :     Chapter 11
                                                            :
            Debtor.                                         :     Case No. 26-90140 (ARP)
                                                            :
Tax I.D. No. (80-0929262)                                   :

--------------------------------------------------------- x

In re:                                                   :

Twin Restaurant FL Payroll, LLC,                         :          Chapter 11
                                                         :
        Debtor.                                          :          Case No. 26-90152 (ARP)
                                                         :
Tax I.D. No. (93-1853107)                                :

--------------------------------------------------------- x

In re:                                                   :

Twin Restaurant Franchise, LLC,                          :          Chapter 11
                                                         :
        Debtor.                                          :          Case No. 26-90158 (ARP)
                                                         :
Tax I.D. No. (68-0650719)                                :

--------------------------------------------------------- x

In re:                                                   :

Twin Restaurant Frisco, LLC,                             :          Chapter 11
                                                         :
        Debtor.                                          :          Case No. 26-90164 (ARP)
                                                         :
Tax I.D. No. (26-4673284)                                :

--------------------------------------------------------- x

In re:                                                   :

Twin Restaurant Grand Prairie Beverage                   :          Chapter 11
Holding, LLC,                                            :
                                                         :          Case No. 26-90273 (ARP)
        Debtor.                                          :
                                                         :
Tax I.D. No. (86-3298169)                                :

--------------------------------------------------------- x

In re:                                                   :

Twin Restaurant Grand Prairie Management,                :          Chapter 11
LLC,                                                     :
                                                         :          Case No. 26-90172 (ARP)
        Debtor.                                          :
                                                         :
Tax I.D. No. (86-3397821)                                :

----------------------------------------------------- x

In re:                                                :

Twin Restaurant Grand Prairie, LLC,                   :      Chapter 11
                                                      :
         Debtor.                                      :      Case No. 26-90178 (ARP)

Tax I.D. No. (84-4246445)                             :

----------------------------------------------------- x

In re:                                                :

Twin Restaurant Holding, LLC,                         :      Chapter 11
                                                      :
         Debtor.                                      :      Case No. 26-90182 (ARP)

Tax I.D. No. (46-1747711)                             :

----------------------------------------------------- x

In re:                                                :

Twin Restaurant International Franchise, LLC,         :      Chapter 11
                                                      :
         Debtor.                                      :      Case No. 26-90189 (ARP)

Tax I.D. No. (46-4034259)                             :

----------------------------------------------------- x

In re:                                                :

Twin Restaurant Investment Company II, LLC,           :      Chapter 11
                                                      :
         Debtor.                                      :      Case No. 26-90196 (ARP)

Tax I.D. No. (80-0891077)                             :

----------------------------------------------------- x

In re:                                                :

Twin Restaurant Investment Company, LLC,              :      Chapter 11
                                                      :
         Debtor.                                      :      Case No. 26-90201 (ARP)

Tax I.D. No. (27-5502276)                             :

24

```
-------------------------------------------------  x
In re:                                             :
Twin Restaurant IP, LLC,                           :    Chapter 11
                                                   :
              Debtor.                              :    Case No. 26-90208 (ARP)
Tax I.D. No. (52-2328968)                          :
-------------------------------------------------  x
In re:                                             :
Twin Restaurant JV Holding, LLC,                   :    Chapter 11
                                                   :
              Debtor.                              :    Case No. 26-90216 (ARP)
Tax I.D. No. (87-2027049)                          :
-------------------------------------------------  x
In re:                                             :
Twin Restaurant JV Management, LLC,                :    Chapter 11
                                                   :
              Debtor.                              :    Case No. 26-90224 (ARP)
Tax I.D. No. (99-1337155)                          :
-------------------------------------------------  x
In re:                                             :
Twin Restaurant Kissimmee, LLC,                    :    Chapter 11
                                                   :
              Debtor.                              :    Case No. 26-90230 (ARP)
Tax I.D. No. (33-1884042)                          :
-------------------------------------------------  x
In re:                                             :
Twin Restaurant Lakeland, LLC,                     :    Chapter 11
                                                   :
              Debtor.                              :    Case No. 26-90237 (ARP)
Tax I.D. No. (99-2272109)                          :
```

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Lewisville, LLC,                            :          Chapter 11
                                                            :
        Debtor.                                                     :          Case No. 26-90243 (ARP)

Tax I.D. No. (06-1740007)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Little Rock, LLC,                           :          Chapter 11
                                                            :
        Debtor.                                                     :          Case No. 26-90248 (ARP)

Tax I.D. No. (46-1808836)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Live Oak Beverage Holding,                 :          Chapter 11
LLC,                                                        :
        Debtor.                                                     :          Case No. 26-90251 (ARP)
                                                            :
Tax I.D. No. (84-5065336)

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Live Oak Management, LLC,                   :          Chapter 11
                                                            :
        Debtor.                                                     :          Case No. 26-90256 (ARP)

Tax I.D. No. (84-4762436)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Live Oak RE, LLC,                           :          Chapter 11
                                                            :
        Debtor.                                                     :          Case No. 26-90261 (ARP)

Tax I.D. No. (87-4287278)                                   :

```
-------------------------------------------------    x
```
In re:                                               :

Twin Restaurant Live Oak, LLC,                       :     Chapter 11
                                                     :
          Debtor.                                    :     Case No. 26-90265 (ARP)

Tax I.D. No. (84-4009721)                            :

```
-------------------------------------------------    x
```
In re:                                               :

Twin Restaurant LV-2 LLC,                            :     Chapter 11
                                                     :
          Debtor.                                    :     Case No. 26-30474 (ARP)

Tax I.D. No. (46-2604138)                            :

```
-------------------------------------------------    x
```
In re:                                               :

Twin Restaurant McKinney Beverage Holding,           :     Chapter 11
LLC,                                                  :
          Debtor.                                    :     Case No. 26-90272 (ARP)
                                                     :
Tax I.D. No. (99-2964066)

```
-------------------------------------------------    x
```
In re:                                               :

Twin Restaurant McKinney RE, LLC,                    :     Chapter 11
                                                     :
          Debtor.                                    :     Case No. 26-30475 (ARP)

Tax I.D. No. (93-4639611)                            :

```
-------------------------------------------------    x
```
In re:                                               :

Twin Restaurant McKinney, LLC,                       :     Chapter 11
                                                     :
          Debtor.                                    :     Case No. 26-30476 (ARP)

Tax I.D. No. (93-4728459)                            :

27

---------------------------------------------------------   x

In re:                                                      :

Twin  Restaurant  Midland  Beverage  Holding,              :        Chapter 11
LLC,                                                        :

        Debtor.     :        Case No. 26-90276 (ARP)

Tax I.D. No. (38-3984544)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant Midland, LLC,                              :        Chapter 11
                                                            :

        Debtor.     :        Case No. 26-30477 (ARP)

Tax I.D. No. (37-1796749)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin  Restaurant  N Irving  Beverage  Holding,             :        Chapter 11
LLC,                                                        :

        Debtor.     :        Case No. 26-90280 (ARP)

Tax I.D. No. (90-0928749)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant N Irving, LLC,                             :        Chapter 11
                                                            :

        Debtor.     :        Case No. 26-30478 (ARP)

Tax I.D. No. (90-0929904)                                   :

---------------------------------------------------------   x

In re:                                                      :

Twin Restaurant New Mexico, LLC,                           :        Chapter 11
                                                            :

        Debtor.     :        Case No. 26-30479 (ARP)

Tax I.D. No. (83-4339335)                                   :

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Newport News, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-30481 (ARP) |
| Tax I.D. No. (33-1950100) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Northlake Beverage Holding, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-90282 (ARP) |
| Tax I.D. No. (88-3414688) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Northlake RE, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-30482 (ARP) |
| Tax I.D. No. (88-2810824) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Northlake, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-30483 (ARP) |
| Tax I.D. No. (87-3559775) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Twin Restaurant Oakbrook, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 26-30484 (ARP) |
| Tax I.D. No. (47-1587340) | : | |

```
-------------------------------------------------    x
In re:                                               :
Twin Restaurant Odessa Beverage Holding, LLC,        :    Chapter 11
                                                     :
                  Debtor.                            :    Case No. 26-30485 (ARP)
Tax I.D. No. (45-2961435)                            :
-------------------------------------------------    x
In re:                                               :
Twin Restaurant Odessa, LLC,                         :    Chapter 11
                                                     :
                  Debtor.                            :    Case No. 26-90185 (ARP)
Tax I.D. No. (45-2961320)                            :
-------------------------------------------------    x
In re:                                               :
Twin Restaurant Park North Beverage Holding,         :    Chapter 11
LLC,                                                 :
                  Debtor.                            :    Case No. 26-90286 (ARP)
                                                     :
Tax I.D. No. (36-4788503)
-------------------------------------------------    x
In re:                                               :
Twin Restaurant Park North Management, LLC,          :    Chapter 11
                                                     :
                  Debtor.                            :    Case No. 26-90191 (ARP)
Tax I.D. No. (N/A)                                   :
-------------------------------------------------    x
In re:                                               :
Twin Restaurant Park North, LLC,                     :    Chapter 11
                                                     :
                  Debtor.                            :    Case No. 26-90195 (ARP)
Tax I.D. No. (46-5341532)                            :
```

30

```
------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
Twin Restaurant Plano Beverage Holding, LLC,        :
                                                    :
                Debtor.                             :   Case No. 26-90202 (ARP)
                                                    :
Tax I.D. No. (92-3891557)                           :
------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
Twin Restaurant Plano RE, LLC,                      :
                                                    :
                Debtor.                             :   Case No. 26-90211 (ARP)
                                                    :
Tax I.D. No. (88-3435938)                           :
------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
Twin Restaurant Plano, LLC,                         :
                                                    :
                Debtor.                             :   Case No. 26-90215 (ARP)
                                                    :
Tax I.D. No. (87-3533642)                           :
------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
Twin Restaurant RE, LLC,                            :
                                                    :
                Debtor.                             :   Case No. 26-90222 (ARP)
                                                    :
Tax I.D. No. (84-3252738)                           :
------------------------------------------------   x
In re:                                              :
                                                    :   Chapter 11
Twin Restaurant S Fort Worth Beverage Holding,      :
LLC,                                                :
                                                    :
                Debtor.                             :   Case No. 26-90289 (ARP)
                                                    :
Tax I.D. No. (47-1924918)
```

---------------------------------------------------------  x

In re:                                                  :

Twin Restaurant S Fort Worth, LLC,                      :        Chapter 11

                                                        :

        Debtor.       :        Case No. 26-90232 (ARP)

Tax I.D. No. (47-0981869)                               :

---------------------------------------------------------  x

In re:                                                  :

Twin Restaurant San Angelo Beverage Holding,            :        Chapter 11
LLC,
                                                        :

        Debtor.       :        Case No. 26-90291 (ARP)

Tax I.D. No. (84-4798661)                               :

---------------------------------------------------------  x

In re:                                                  :

Twin Restaurant San Angelo Management, LLC,             :        Chapter 11

                                                        :

        Debtor.       :        Case No. 26-90277 (ARP)

Tax I.D. No. (84-4825123)                               :

---------------------------------------------------------  x

In re:                                                  :

Twin Restaurant San Angelo, LLC,                        :        Chapter 11

                                                        :

        Debtor.       :        Case No. 26-90133 (ARP)

Tax I.D. No. (84-4656317)                               :

---------------------------------------------------------  x

In re:                                                  :

Twin Restaurant San Antonio Beverage Holding,           :        Chapter 11
LLC,
                                                        :

        Debtor.       :        Case No. 26-90138 (ARP)

Tax I.D. No. (45-2665688)                               :

--------------------------------------------------------  x

In re:                                                    :

Twin Restaurant San Antonio, LLC,                         :     Chapter 11
                                                          :
        Debtor.   :     Case No. 26-90143 (ARP)

Tax I.D. No. (45-2731846)                                 :

--------------------------------------------------------  x

In re:                                                    :

Twin Restaurant San Marcos Beverage Holding,             :     Chapter 11
LLC,                                                      :
                                                          :     Case No. 26-90148 (ARP)
        Debtor.   :

Tax I.D. No. (84-2078198)                                 :

--------------------------------------------------------  x

In re:                                                    :

Twin Restaurant San Marcos Management, LLC,              :     Chapter 11
                                                          :
        Debtor.   :     Case No. 26-90283 (ARP)

Tax I.D. No. (84-2065957)                                 :

--------------------------------------------------------  x

In re:                                                    :

Twin Restaurant San Marcos, LLC,                          :     Chapter 11
                                                          :
        Debtor.   :     Case No. 26-90154 (ARP)

Tax I.D. No. (30-1173442)                                 :

--------------------------------------------------------  x

In re:                                                    :

Twin Restaurant Sarasota RE, LLC,                         :     Chapter 11
                                                          :
        Debtor.   :     Case No. 26-90159 (ARP)

Tax I.D. No. (88-3459284)                                 :

---------------------------------------------------------   x

In re:                                                       :

Twin Restaurant Sarasota, LLC,                               :          Chapter 11

                                                             :

          Debtor.                                            :          Case No. 26-90165 (ARP)

Tax I.D. No. (88-3526444)                                    :

---------------------------------------------------------   x

In re:                                                       :

Twin Restaurant Sunland Park Beverage                        :          Chapter 11
Holding, LLC,                                                :

          Debtor.                                            :          Case No. 26-90169 (ARP)

                                                             :

Tax I.D. No. (47-1920053)                                    

---------------------------------------------------------   x

In re:                                                       :

Twin Restaurant Sunland Park, LLC,                           :          Chapter 11

                                                             :

          Debtor.                                            :          Case No. 26-90173 (ARP)

Tax I.D. No. (47-1865482)                                    :

---------------------------------------------------------   x

In re:                                                       :

Twin Restaurant Terrell Beverage Holding, LLC,               :          Chapter 11

                                                             :

          Debtor.                                            :          Case No. 26-90288 (ARP)

Tax I.D. No. (93-4349667)                                    :

---------------------------------------------------------   x

In re:                                                       :

Twin Restaurant Terrell RE, LLC,                             :          Chapter 11

                                                             :

          Debtor.                                            :          Case No. 26-90180 (ARP)

Tax I.D. No. (93-1654498)                                    :

---------------------------------------------------------   x

In re:                                                    :

Twin Restaurant Terrell, LLC,                             :        Chapter 11
                                                          :
            Debtor.                                       :        Case No. 26-90188 (ARP)

Tax I.D. No. (93-4337809)                                 :

---------------------------------------------------------   x

In re:                                                    :

Twin Restaurant Tyngsboro, LLC,                           :        Chapter 11
                                                          :
            Debtor.                                       :        Case No. 26-90197 (ARP)

Tax I.D. No. (39-4908572)                                 :

---------------------------------------------------------   x

In re:                                                    :

Twin Restaurant Virginia Beach, LLC,                      :        Chapter 11
                                                          :
            Debtor.                                       :        Case No. 26-90203 (ARP)

Tax I.D. No. (33-2039541)                                 :

---------------------------------------------------------   x

In re:                                                    :

Twin Restaurant Viva Las Vegas, LLC,                      :        Chapter 11
                                                          :
            Debtor.                                       :        Case No. 26-90209 (ARP)

Tax I.D. No. (90-0854793)                                 :

---------------------------------------------------------   x

In re:                                                    :

Twin Restaurant Warrenville, LLC,                         :        Chapter 11
                                                          :
            Debtor.                                       :        Case No. 26-90218 (ARP)

Tax I.D. No. (46-5568410)                                 :

---------------------------------------------------------   x

In re:                                                     :

Twin Restaurant Western Center Beverage    :       Chapter 11
Holding, LLC,                                              :

                  Debtor.            :       Case No. 26-90226 (ARP)

                                                :
Tax I.D. No. (46-1912898)

---------------------------------------------------------   x

In re:                                                     :

Twin Restaurant Western Center, LLC,          :       Chapter 11

                  Debtor.            :

                                                :       Case No. 26-90233 (ARP)
Tax I.D. No. (30-0762394)                           :

---------------------------------------------------------   x

In re:                                                     :

Twin Restaurant Westover Beverage Holding,    :       Chapter 11
LLC,                                                        :

                  Debtor.            :       Case No. 26-90241 (ARP)

                                                :
Tax I.D. No. (37-1748394)

---------------------------------------------------------   x

In re:                                                     :

Twin Restaurant Westover, LLC,                  :       Chapter 11

                  Debtor.            :

                                                :       Case No. 26-90246 (ARP)
Tax I.D. No. (46-4057232)                           :

---------------------------------------------------------   x

In re:                                                     :

Twin Restaurant, LLC,                               :       Chapter 11

                  Debtor.            :

                                                :       Case No. 26-90252 (ARP)
Tax I.D. No. (16-1765332)                           :

```
------------------------------------------------    x
In re:                                              :
                                                    :    Chapter 11
WBS FB 2023 Holdings LLC,                            :
                                                    :
            Debtor.                                 :    Case No. 26-90259 (ARP)
                                                    :
Tax I.D. No. (93-2087683)                           :
------------------------------------------------    x
In re:                                              :
                                                    :    Chapter 11
Yalla Acquisition LLC,                              :
                                                    :
            Debtor.                                 :    Case No. 26-90263 (ARP)
                                                    :
Tax I.D. No. (83-2549574)                           :
------------------------------------------------    x
In re:                                              :
                                                    :    Chapter 11
Yalla  Mediterranean  Franchising  Company,         :
LLC,                                                :
                                                    :    Case No. 26-90292 (ARP)
            Debtor.                                 :
                                                    :
Tax I.D. No. (83-2541771)                           x
------------------------------------------------
```

## ORDER DIRECTING JOINT
## ADMINISTRATION OF CHAPTER 11 CASES

Upon the emergency motion (the "***Motion***")[1] of the Debtors for entry of an order

(this "***Order***") directing the joint administration of the Chapter 11 Cases pursuant to Bankruptcy

Rule 1015(b) and Bankruptcy Local Rule 1015-1, all as more fully set forth in the Motion; and the

Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction

to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and

the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that

---

[1]    Capitalized terms used but not otherwise defined herein have the meaning assigned to them in the Motion.

the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 26-90126 (ARP).  All of the jointly administered cases are assigned to Judge Pérez.

2.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned Chapter 11 Cases, the Debtors, or the Debtors' estates.

3.     Additionally, the following checked items are ordered:

☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

☒ Other: See below.

4.      The caption of the jointly administered cases satisfies the requirements set forth in

section 342(c)(1) of the Bankruptcy Code, and shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
FAT BRANDS INC., et al.,                                :   Case No. 26-90126 (ARP)
                                                        :
              Debtors.¹                                 :   (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

¹   A complete list of the Debtors in the Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/FatBrands-TwinHospitality.  The Debtors' mailing address for purposes of the Chapter 11 Cases is 9720 Wilshire Blvd., Suite 500, Beverly Hills, CA 90212.

5.      All pleadings and other documents to be filed in the jointly administered Chapter

11 Cases shall be captioned as indicated in the preceding decretal paragraph, and all original docket

entries shall be made in the case of FAT Brands Inc., Case No. 26-90126 (ARP).

6.      The following docket entry shall be made in each of the above-captioned Chapter

11 Cases (except the case of FAT Brands Inc.) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of FAT Brands Inc., *et al.*  The docket in Case No. 26-90126 (ARP) should be consulted for all matters affecting this case.

7.      The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated

docket, one file, and one consolidated service list for the above-captioned Chapter 11 Cases.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice

thereof, and the requirements of the Bankruptcy Rules and Bankruptcy Local Rules are satisfied

by such notice.

9.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.      The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

11.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: January 27, 2026

Alfredo R Pérez
United States Bankruptcy Judge